JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RICARDO CHAPA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF FCI VICTORVILLE MEDIUM II, FEDERAL BUREAU OF PRISONS,<br><br>　　　　Respondents. | Case No. EDCV 25-1619 CV (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 1/12/26

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE